# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

HOWARD COHAN,

    Plaintiff,

v.

LVJ, INC.,

a Michigan corporation

    Defendant.

Case No. 2:20-cv-10979

Hon. Gershwin A. Drain

## NOTICE OF SETTLEMENT IN PRINCIPLE

The Parties respectfully notify the Court that the Parties have agreed in principle to settle the above-captioned matter. Counsel for the Parties are in the process of preparing and finalizing a Settlement Agreement and Stipulation of Dismissal. The Parties respectfully request that all upcoming deadlines, including, but not limited to, the trial date of June 13, 2022, be adjourned *sine die.*

        Respectfully submitted,

        BLACKMORE LAW, PLC

        <u>/s/ Angela C. Spears</u>
        Angela C. Spears (P82653)
        BLACKMORE LAW PLC
        21411 Civic Center Drive, Suite 200
        Southfield, MI 48076
        T: (248) 845-8594
        E: aspears@blackmore.law
        *Counsel for Plaintiff*

Dated: June 8, 2022