UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HOWARD COHAN,

    Plaintiff,

v.

LVJ, INC.,

    Defendant.

Case No. 2:20-cv-10979
Hon. Gershwin A. Drain

### STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

This matter having come before this Honorable Court by stipulation of the parties through their respective counsel and the Court being fully advised that the parties have agreed to a Confidential Settlement Agreement and Release that will resolve all claims that were or could have been brought in this action,

**IT IS HEREBY ORDERED** that the above-entitled cause be and the same is dismissed with prejudice and without costs to any party.

**IT IS FURTHER ORDERED** that Plaintiff may re-open this action on or before August 15, 2022, and Plaintiff may only do so in the event the parties have not executed the agreement and/or Plaintiff has not received the consideration under the terms of the Settlement Agreement and Release.

This Order resolves all pending claims and closes the captioned case.

**SO ORDERED**.

2

                                      HONORABLE GERSHWIN A. DRAIN
                                      U.S. DISTRICT COURT

We hereby stipulate to the entry of the above Order.

| /s/ Angela Spears | /s/ Courtney A. Krause |
|---|---|
| ANGELA C. SPEARS (P82653) | COURTNEY A. KRAUSE (P70581) |
| Attorney for Plaintiff | Attorney for Defendant |