UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HOWARD COHAN,

    Plaintiff,

v.

LVJ, INC.,

    Defendant.

Case No. 2:20-cv-10979
Hon. Gershwin A. Drain

___

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

This matter having come before this Honorable Court by stipulation of the parties through their respective counsel and the Court being fully advised that the parties have agreed to a Confidential Settlement Agreement and Release that will resolve all claims that were or could have been brought in this action,

**IT IS HEREBY ORDERED** that the above-entitled cause be and the same is dismissed with prejudice and without costs to any party.

**IT IS FURTHER ORDERED** that Plaintiff may re-open this action on or before August 15, 2022, and Plaintiff may only do so in the event the parties have not executed the agreement and/or Plaintiff has not received the consideration under the terms of the Settlement Agreement and Release.

This Order resolves all pending claims and closes the captioned case.

**SO ORDERED**.

2

                                                                  s/Gershwin A. Drain
                                                                  HONORABLE GERSHWIN A. DRAIN
                                                                  U.S. DISTRICT COURT

We hereby stipulate to the entry of the above Order.

| /s/ Angela Spears | /s/ Courtney A. Krause |
|---|---|
| ANGELA C. SPEARS (P82653) | COURTNEY A. KRAUSE (P70581) |
| Attorney for Plaintiff | Attorney for Defendant |